ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

MAY 11 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEROME D SARGENT,

    Plaintiff,

v

THE PROVIDENT BANK, INC.,
ROBERT MICHAEL SHEFFIELD,
McCALLA, RAYMER, PADRICK,
COBB, NICHOLS & CLARK, LLC,
JAMES MASSEY,
MAGISTRATE COURT OF
GWINNETT COUNTY,
JAMES C WILLIFORD,
GEORGIA SUPREME COURT,

    Defendants

Civil Action

No 1 05 CV 1255 JEC

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

Defendant Judge James E. Massey respectfully represents·

1   That he is a named defendant in the above-captioned civil action now pending in the Superior Court of Gwinnett County, Georgia, at case number 05A-04216-6, and that no trial has yet been had therein   Copies of all pleadings in such action are attached hereto

2   That plaintiff in such action seeks equitable relief and judgment for damages resulting from alleged actions taken in connection with federal bankruptcy proceedings.

FORMS RECEIVED
Consent To US Mag
Pretrial Instructions
This VII-NTC

3   That at the times of the alleged actions, defendant Massey was acting within the scope and under color of his office and in the performance of his duties as a federal bankruptcy judge and employee of the United States Courts

4.   That the above-captioned action is one which may be removed to this Court pursuant to Section 1442(a)(1) and (3), Title 28, United States Code

WHEREFORE, the defendant Judge James E. Massey prays that the above captioned action now pending in the Superior Court of Gwinnett County, State of Georgia, be removed therefrom to this Court

Dated:  May 11, 2005

        Respectfully submitted,

        DAVID E. NAHMIAS
        UNITED STATES ATTORNEY

        *[signature]*

        SHARON D STOKES
        ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No  227475

        *[signature]*

        STEPHEN H  McCLAIN
        ASSISTANT UNITED STATES ATTORNEY

        600 United States Courthouse
        75 Spring Street, S.W
        Atlanta, Georgia  30303
        404/581-6000

SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

JEROME D. SARGENT,

  Plaintiff,

 v.

THE PROVIDENT BANK, INC.,
ROBERT MICHAEL SHEFFIELD,
McCALLA, RAYMER, PADRICK,
COBB, NICHOLS & CLARK, LLC,
JAMES MASSEY,
MAGISTRATE COURT OF
GWINNETT COUNTY,
JAMES C. WILLIFORD,
GEORGIA SUPREME COURT,

  Defendants

Civil Action

No. 05A-04216-6

To the Clerk of the Superior Court of Gwinnett County, State of Georgia

 Please take notice that on May 11, 2005, defendant Judge James E. Massey filed in the office of the Clerk of the United States District Court for the Northern District of Georgia, at Atlanta, Georgia, a notice of removal of the above-entitled action to the

said United States District Court, a copy of such notice is annexed hereto pursuant to 28 U S C. § 1446(d)

Dated   May 11, 2005

>                   Respectfully submitted,
>
>                   DAVID E. NAHMIAS
>                   UNITED STATES ATTORNEY
>
>                   SHARON D. STOKES
>                   ASSISTANT UNITED STATES ATTORNEY
>
>                   600 United States Courthouse
>                   75 Spring Street, S.W.
>                   Atlanta, Georgia 30303
>                   404/581-6000
>                   Georgia Bar No. 227475

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was sent on this 11th day of May 2005, by first class mail, postage prepaid to the following:

> Jerome D Sargent
> 5324 Wydella Road, S.W
> Lilburn, GA 30047
>
> The Provident Bank, Inc
> c/o CT Corporation
> 1201 Peachtree St., N E
> Atlanta, GA 30361
>
> Robert Michael Sheffield
> 1544 Old Alabama Road
> Roswell, GA 30076
>
> McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
> 1544 Old Alabama Road
> Roswell, GA 30076
>
> Magistrate Court of Gwinnett County
> c/o Judge Warren P Davis, Chief Magistrate
> 75 Langley Drive
> Lawrenceville, GA 30045
>
> Judge James C. Williford
> 75 Langley Drive
> Lawrenceville, GA 30045
>
> Supreme Court of Georgia
> 244 Washington Street
> Atlanta, GA 30334

This 11th day of May, 2005

_SkD. Sk̄_
SHARON D STOKES
ASSISTANT UNITED STATES ATTORNEY

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JEROME D. SARGENT, | § § | CIVIL ACTION FILE |
| Plaintiff, | § § | NO. ~~05A-04216-6~~ |
| vs. | § § | TO: James Massey |
| | § | U.S. Bankruptcy Court |
| PROVIDENT BANK, INC. et. al., | § § | 75 Spring Street, S.W. |
| Defendants. | § | Atlanta, GA 30303 |

# SUMMONS

TO THE ABOVE NAMED DEFENDANT:

Your are hereby summoned and required to file with the Clerk of the said court and serve upon the Plaintiff, whose name and address is

Jerome D. Sargent
5324 Wydella Road
Lilburn, GA 30047

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

This ___11th___ day of ___April___, 2005

TOM LAWLER
Clerk of the ~~State~~ Superior Court
By _/s/ Paula Cann_
Deputy Clerk

**ATTACHMENT**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

FILED IN OFFICE
SUPERIOR COURT
2005 APR 11 AM 10: 52

TOM LAWLER, CLERK

| | |
|---|---|
| JEROME D. SARGENT, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE |
| | : NO. 05A-04216-6 |
| THE PROVIDENT BANK, INC., | : |
| ROBERT MICHAEL SHEFFIELD, | : |
| McCALLA, RAYMER, PADRICK, | : |
| COBB, NICHOLS & CLARK, LLC, | : |
| JAMES MASSEY, | : |
| MAGISTRATE COURT OF | : |
| GWINNETT COUNTY, | : |
| JAMES C. WILLIFORD, | : |
| GEORGIA SUPREME COURT, | : |
| Defendants. | : |

## COMPLAINT

**COMES NOW JEROME D. SARGENT**, Plaintiff, in propria persona and tenders the above-styled Complaint and shows the Honorable Court as follows:

I.

Plaintiff resides at 5324 Wydella Road, S.W., Lilburn, GA 30047, and by the filing of the above-styled cause of action is subject to the jurisdiction of the Court.

II.

The named defendants are:

1

**ATTACHMENT**

The Provident Bank, Inc. (hereinafter referred to as Defendant "Provident"), who can be served by service of process on CT Corporation, 1201 Peachtree Street, N.E., Atlanta, GA 30361.

Robert Michael Sheffield (hereinafter referred to as Defendant "Sheffield"), who can be served at 1544 Old Alabama Road, Roswell Road, Roswell, GA 30076.

McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC. (hereinafter referred to as Defendant "MRPCNC"), who can be served at 1544 Old Alabama Road, Roswell Road, Roswell, GA 30076.

James Massey (hereinafter referred to as Defendant "Massey") who can be served at United States Bankruptcy Court, 75 Spring Street, Atlanta, GA 30303.

Magistrate Court of Gwinnett County (hereinafter referred to as Defendant "MCGC"), who can be served by service of process on Warren Davis, 75 Langely Drive, Lawrenceville, GA 30045

James C. Williford (hereinafter referred to as Defendant "Williford"), who can be served at 75 Langely Drive, Lawrenceville, GA 30045.

Supreme Court of Georgia (hereinafter referred to as Defendant "SCG"), who can be served 244 Washington Street, Atlanta, GA 30334.

### III.

Jurisdiction and venue are properly before the Court. Plaintiff advances subject

matter jurisdiction pursuant to O.C.G.A. Section 51-1-1 , First and Fifth Amendments of the United States Constitution and the Constitution of the State of Georgia. O.C.G.A Section 44-7-51(b), and all other statutes and laws which provide or entitle Plaintiff to the relief being sought.

## IV.

Plaintiff advances that the named Defendants, as pertinent and applicable, have violated Plaintiff civil and legal rights and advances the following claims against each, as applicable and pertinent, as to Plaintiff's claims against the same as pertinent and applicable in unison, collaborations, conspiracy or otherwise applicable to each Defendant in and pursuant to the totality of Plaintiff's claims against the same, to wit:

1. Plaintiff entered into a mortgage contract with Defendant Provident for the property located at 5324 Wydella Road, S.W , Lilburn, GA 30047 (hereinafter referred to as the "Property").

2. Due to financial circumstances beyond Plaintiff control, Plaintiff, by and through the legal firm of Clark and Washington PC (hereinafter referred to as the "incompetents"), to file a Chapter 13 bankruptcy case in behalf of Plaintiff.

3. On November 1, 2002, Plaintiff, by and through Defendant Clark and C&W, filed a Chapter 13 bankruptcy case in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, the same being assigned to Defendant Massey.

4. Pursuant to Plaintiff's Chapter 13 bankruptcy responsibilities, Plaintiff commenced making monthly payments for the monthly mortgage as owed and due to Defendant Provident.

5. Defendant Provident, on July 18, 2003, iled a Motion for Relief of Stay,

advancing that Plaintiff's failure to pay the mortgage payments, entitled to them to the property

6. Plaintiff released to Defendant Provident One Thousand Seven Hundred ($1,700.00) Dollars for payment against the arrearages, owed to Defendant Provident.

7. Plaintiff, in September, 2003, released to Defendant Provident the mortgage payment for the month of September, 2003, which was accepted.

8. Plaintiff, in October, 2003, released to Defendant Provident the mortgage payment for the month of October, 2003, which was accepted.

9. Plaintiff, in November, 2003, attempted to make a payment to Defendant Provident which Defendant Provident, by and through their authorized agents refused to accept.

10. Plaintiff, in December, 2003, attempted to make a payment to Defendant Provident which Defendant Provident, by and through their authorized agents refused to accept.

11. Plaintiff, knowing that Defendant Provident's agents would refused any further financial payments if Plaintiff attempted to tender the same stopped attempting to beg Defendant Provident to accept further payments.

12. Defendant Provident, notwithstanding the fact that Defendant Provident refused to accept Plaintiff mortgage payments, on March 10, 2004, filed a fraudulent Default Motion for Relief of Stay, by and through Defendant MRPCNC, as filed by Defendant Sheffield, advancing knowingly false claims against Plaintiff of the Plaintiff's failure to pay the mortgage payments, when Defendant Provident's agents were the ones who refused to accept mortgage payments from Plaintiff.

9. Defendant Massey, without holding a hearing, on March 24, 2004, entered an Order granting Defendant Provident's motion to life the automatic stay.

4

## COUNT ONE - FRAUD

Plaintiff advanced that Defendant Provident, by and through Defendants MRPCNC, and Sheffield, have defrauded Plaintiff, to wit:

1. Defendant Provident, wilfully and knowingly refused Plaintiff's mortgage payments so as to illegally steal the Plaintiff's property and the equity that Plaintiff has in the same.

2. Defendant MRPCNC, by and through Defendant Sheffield, knowingly tendered a fraudulent Default Motion for Relief of Stay, so as to aid and abet the Defendant Provident to defraud Plaintiff out of Plaintiff's property.

3. Defendant MRPCNC, by and through Defendant Sheffield, knowingly tendered a fraudulent Default Motion for Relief of Stay, Defendant Massey, knowing that he did not have the intelligent to question the same because of his being a government employee, who is not responsible for anything other than picking up his payroll check.

4. Defendant MRPCNC, by and through Defendant Sheffield, in behalf of Defendant Provident then filed a dispossessory proceedings in the Magistrate Court of Gwinnett County, knowing that Plaintiff would not be entitled to invoke any legal rights under and pursuant to O.C.G.A Section 44-7-51(b), notwithstanding the fact that Plaintiff has such statutory rights.

## COUNT TWO
## ILLEGAL DISENFRANCHISEMENT OF STATUTORY RIGHTS

Plaintiff advances that Defendant Magistrate Court of Gwinnett County, Defendant James C. Williford, and Defendant Georgia Supreme Court have illegally and without legal or lawful authority disenfranchised Plaintiff from invoking certain statutory rights, to wit:

1. Plaintiff, as legislatively passed by the Georgia Legislature and signed into law

by the Governor of the State of Georgia, has been illegally disenfranchised from Plaintiff's legal and statutory rights under and pursuant to O.C G A. Section 44-7-51(b), with the legal right, pursuant to the dispossessory statutes of the State of Georgia, from raising "any legal or equitable defense or counterclaim" pursuant to the pending dispossessory proceedings in the Magistrate Court of Gwinnett County.

2  Defendant Williford, knowing that Plaintiff had legal and lawful rights under and pursuant to O.C.G.A. Section 44-7-51(b), knowingly acted outside his legal and lawful authority by illegally disenfranchising Plaintiff of those rights.

3  Defendant Magistrate Court of Gwinnett County and Defendant Williford have, as a standard practice, disenfranchised dispossessory defendants out of their legal and lawful rights, the same being done for the various dispossessory attorneys who appear before Defendant Williford on Monday evening dispossessory proceedings.

4  Defendant Magistrate Court of Gwinnett County, routinely charges an illegal appeal fees when a dispossessory defendant has legally and lawfully invoked a demand for a jury trial, which the Magistrate Court of Gwinnett County illegally refused to consider and/or grant, thereby illegally gaining funds which the Magistrate Court of Gwinnett County is not lawfully or legally entitled to.

5.  Defendant Georgia Supreme Court, acting outside its legal and lawful authority has illegally invalidated foreclosure dispossessory defendants from invoking any legal or lawful rights when a dispossessory proceeding is issued against the same, all the same being done in wilful and deliberate violation of O C.G.A. Section 44-7-51(b), and done so as to fraudulently enrich such attorneys who practice in that particular legal field

6.  Defendant Georgia Supreme Court has a known and documented history of acting corruptly and illegally and continued that conduct by using and obtaining legal relief from other judicial judges so as to protect them, which in one case was United States District Court Judge Clarence Cooper of the United States District Court for the Northern District of Georgia, Atlanta Division.

Whereas, Plaintiff demands a jury trial and the following relief·

A.  Actual Damages in excess of Two Hundred Fifty Thousand ($250,000.00) Dollars or such amount that is determined to be the approximate financial injuries and damages caused by the acts and actions of the named Defendants.

B.  Compensatory Damages in excess of Two Hundred Fifty Thousand ($250,000.00) Dollars or such amount that the jury determined to be sufficient to compensate Plaintiff for the humiliation, embarrassment and suffering caused by the Defendants

C.  Injunctive Relief in that the Court enjoin the named Defendants from committing the same acts and actions against other persons and parties who are subjected to foreclosure dispossessory proceedings who have or wish to raise their legal rights to counterclaim or seek other legal relief against the claims advanced against them in said foreclosure dispossessory proceedings. Require that all foreclosure dispossessory proceedings shall be filed in the superior court of the county in which the property is located. Require that any dispossessory defendant who demands a jury trial that the case be transferred to either the state or superior court as may be designated by the dispossessory defendant in which said dispossessory wants said jury trial to occur in

D.  Grant Plaintiff any other relief that the Court deems Plaintiff to be entitled to under law, the United States Constitution and Laws and the Constitution of the State of Georgia.

Respectfully submitted,

*[signature]*
Jerome D Sargent
Plaintiff, In Propria Persona
5324 Wydella Road, S.W.
Lilburn, GA 30047

7

## Verification of Complaint

Pursuant to Title 28 U.S.C. Section 1746, I hereby advance and state that the foregoing claims in this cause of action are true and correct to the best of my knowledge and belief.

Signed this 11th day of April, 2005.

_____
Jerome D. Sargent, affiant.

5324 Wydella Road, S.W.
Lilburn, GA 30047

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No _____

Date Filed _____

Attorney's address
_____

Name and Address of Party to be Served
_____
_____
_____

SUPERIOR COURT
GEORGIA, FULTON COUNTY

_____
_____

                              Plaintiff
                    VS
_____
_____
                              Defendant

**SHERIFF'S ENTRY OF SERVICE**

PERSONAL ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

NOTORIOUS ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most place notorious place of abode in this county
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of the defendant.

CORPORATION ☑
Served the defendant _U S Fnkr i t p._ a corporation
by leaving a copy of the within action and summons with _Jei Pui i r_
in charge of the office and place of doing business of said Corporation in this County

TACK & MAIL ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons

NON EST ☐
Diligent search made and defendant _____
not to be found in the jurisdiction of this court.

This __22__ day of __Mail__ 20__05__

_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____

WHITE-CLERK, CANARY-PLAINTIFF, PINK-DEFENDANT

6009 - 201 - 1201

CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5 1B and 7 1D, that the foregoing document has been typed using Courier Regular 12


_____
STEPHEN H  McCLAIN
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was sent on this 11th day of May 2005, by first class mail, postage prepaid to the following

>Jerome D. Sargent
>5324 Wydella Road, S.W
>Lilburn, GA 30047
>
>The Provident Bank, Inc.
>c/o CT Corporation
>1201 Peachtree St , N.E
>Atlanta, GA 30361
>
>Robert Michael Sheffield
>1544 Old Alabama Road
>Roswell, GA 30076
>
>McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC
>1544 Old Alabama Road
>Roswell, GA 30076
>
>Magistrate Court of Gwinnett County
>c/o Judge Warren P. Davis, Chief Magistrate
>75 Langley Drive
>Lawrenceville, GA 30045
>
>Judge James C Williford
>75 Langley Drive
>Lawrenceville, GA 30045
>
>Supreme Court of Georgia
>244 Washington Street
>Atlanta, GA 30334

This 11th day of May, 2005.

_____
STEPHEN H. McCLAIN
ASSISTANT UNITED STATES ATTORNEY