IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME D. SARGENT ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1 05 CV 1255 |
| THE PROVIDENT BANK, INC., ) | |
| ROBERT MICHAEL SHEFFIELD, ) | |
| McCALLA, RAYMER, PADRICK, ) | |
| COBB, NICHOLS & CLARK, LLC, ) | |
| JAMES MASSEY, ) | |
| MAGISTRATE COURT OF ) | |
| GWINNETT COUNTY, ) | |
| JAMES C. WILLIFORD, ) | |
| GEORGIA SUPREME COURT ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS

COME NOW, THE PROVIDENT BANK, INC. (hereinafter, "Provident Bank"), McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC (hereinafter, "McCalla Raymer"), and ROBERT MICHAEL SHEFFIELD (hereinafter, "Mr. Sheffield") ( McCalla Raymer and Mr. Sheffield are hereinafter collectively referred to as the "McCalla Defendants"), Defendants in the above-styled

civil action, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Complaint filed by Plaintiff for failure to state a claim upon which relief can be granted. In support of this Motion, Provident Bank and the McCalla Defendants submit herewith their memorandum of law containing argument and citation of authorities.

WHEREFORE, THE PROVIDENT BANK, INC., McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC, and ROBERT MICHAEL SHEFFIELD pray for the following relief:

(a)  That this Court grant the Provident Bank and the McCalla Defendants' Motion to Dismiss;

(b)  That all costs of this action be cast against Plaintiff; and

(c)  For such other and further relief as this Court deems just and proper.

This 13 day of June, 2005.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

_____
PETER L. LUBLIN
Georgia State Bar No. 460461
DYLAN W. HOWARD
Georgia State Bar No. 370267
ATTORNEYS FOR THE PROVIDENT BANK, INC., McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC AND ROBERT MICHAEL SHEFFIELD

McCALLA, RAYMER, PADRICK,
 COBB, NICHOLS & CLARK, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-7200 (Telephone)
(770) 643-7242 (Facsimile)

## FONT CERTIFICATION

The undersigned counsel for Defendants Provident Bank, Inc., McCalla, Raymer, Padrick, Cobb, Nichols & Clark, LLC, and Robert Michael Sheffield, hereby certifies that the within and foregoing Motion to Dismiss was prepared using Times New Roman 14-point font in accordance with LR 5.1(B).

This 13 of June 2005.

*/s/ Peter L. Lublin*
PETER L. LUBLIN
Georgia State Bar No. 460461
DYLAN W. HOWARD
Georgia State Bar No. 370267
ATTORNEYS FOR THE PROVIDENT BANK, INC., McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC AND ROBERT MICHAEL SHEFFIELD

McCALLA, RAYMER, PADRICK,
  COBB, NICHOLS & CLARK, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-7200 (Telephone)
(770) 643-7242 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME D. SARGENT ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1 05 CV 1255 |
| THE PROVIDENT BANK, INC., ) | |
| ROBERT MICHAEL SHEFFIELD, ) | |
| McCALLA, RAYMER, PADRICK, ) | |
| COBB, NICHOLS & CLARK, LLC, ) | |
| JAMES MASSEY, ) | |
| MAGISTRATE COURT OF ) | |
| GWINNETT COUNTY, ) | |
| JAMES C. WILLIFORD, ) | |
| GEORGIA SUPREME COURT ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13 day of June, 2005, served Plaintiff Jerome D. Sargent and all parties in interest the within and foregoing **MOTION TO DISMISS** by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

5

Jerome D. Sargent, pro se
5324 Wydella Road, SW
Lilburn, Georgia 30047

David E. Nahmias
United States Attorney
600 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303

Magistrate Court of Gwinnett County
c/o Judge Warren P. Davis, Chief Magistrate
75 Langley Drive
Lawrenceville, Georgia 30045

Judge James C. Williford
75 Langley Drive
Lawrenceville, Georgia 30045

Supreme Court of Georgia
244 Washington Street
Atlanta, Georgia 30334

_____
PETER L. LUBLIN
Georgia State Bar No. 460461
DYLAN W. HOWARD
Georgia State Bar No. 370267
ATTORNEYS FOR THE PROVIDENT BANK, INC., McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC AND ROBERT

McCALLA, RAYMER, PADRICK,
 COBB, NICHOLS & CLARK, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-7200 (Telephone)
(770) 643-7242 (Facsimile)